CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Melissa Olivia Knox**; DOB: 1979; United States<br>**Rocky Runningbear Antone**; DOB: 1989; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**26-04686MJ** |

| Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 13, 2026, in the District of Arizona, **Melissa Olivia Knox** and **Rocky Runningbear Antone**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Juan Ortega-Ruiz, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 13, 2026, in a district of Arizona (Why), Border Patrol Agents (BPAs) patrolling on the Tohono O'odham Nation (TON) were notified of a Chevy Equinox driving west on State Route 86 (SR-86) that other BPAs were trying to locate. BPAs believed it was involved in human smuggling. While BPAs were driving eastbound on SR-86, they observed a Chevrolet Equinox bearing Arizona License plate Y0A0C2A that matched the description given. At approximately 2:25 p.m., the vehicle pulled into the Desert Diamond Casino located at MM 55 on SR-86. As the Equinox pulled into a parking space at the front of the casino, BPAs parked in the parking space next to them. BPAs observed the driver, **Melissa Olivia Knox**, and passenger, **Rocky Runningbear Antone**, exit the vehicle. BPAs made contact with the occupants and tried to start a consensual encounter. **Knox** and **Antone** ignored BPAs and continued to walk inside of the casino. BPAs noticed there was an individual that was left in the car in the back seat, passenger side. Due to the driver side window being left rolled down, BPAs were able to talk to the passenger in the backseat. BPAs told him they could not hear him and asked if he would be willing to step out of the car and talk to them. The subject, later identified as Juan Ortega-Ruiz, nodded yes and exited the vehicle. Ortega admitted he was a citizen and national of Mexico and was in the country illegally. Record checks revealed Ortega does not possess the proper documentation to enter, pass through, or remain in the United States legally. At approximately 2:30 p.m., **Knox** and **Antone** came out of the casino and spoke to BPAs. After conducting a field interview, **Knox** stated she had seen Ortega walking along SR-86 and had picked him up because he looked like he needed help.

Later that evening, an officer from the Tohono O'Odham Nation Police Department (TOPD) notified BPAs that an abandoned firearm was discovered in the restroom of the Desert Diamond Casino. TOPD reviewed video security footage and observed **Knox** exit the vehicle with her left arm tucked along her left side like she was holding something securely to her side. As **Knox** moved, a partial view of an object that resembled a firearm could be seen. The video then showed **Knox** enter the restroom. When she exited the restroom, she no longer was holding her left arm to her side. The next person who entered the restroom contacted TOPD to report the abandoned firearm.

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Juan Ortega-Ruiz |
|---|

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|

| Sworn by telephone __x__ |
|---|

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 14, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.**                                    26-04686MJ

Material witness Juan Ortega-Ruiz stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. He paid $16,000 Mexican pesos upfront and owed an additional $9,000 USD once he reached Phoenix. He crossed into the U.S. on April 8, 2026, with three individuals, including a guide. He was provided with camouflage clothing and booties to assist in evading detection. The guide advised the group that the journey would take approximately 45 minutes; however, the group ultimately walked for approximately three days through the desert. During this time, the group was resupplied with food and a change of clothing. The other two individuals in his group were later picked up by separate vehicles. He was picked up during the afternoon when a vehicle approached and honked its horn. The vehicle was occupied by two individuals and he was seated behind the front passenger seat. The front passenger was using a cellular phone at the time. At one point the vehicle stopped at a gas station for drinks. Ortega stated that he did not have any interaction with the driver or passenger because of the language barrier.

After waving her *Miranda* rights, **Melissa Olivia Knox** stated she was going to see her sister-in-law in the village of Pisinemo to talk to her about getting a job. She couldn't find her sister's house and decided to come back. On the way back, they saw a man on the side of the road. She gives rides to hitchhikers frequently. They went to the Traveling Eagle, a gas station, where she stopped to use the bathroom. She then got drinks for her friend, **Antone**, and for the man they picked up. They continued and she had to stop at the bathroom again in Why, AZ. She did not know the man they picked up was in the country illegally. She then made a point to mention that if you looked at him, he was clean and did not look like an illegal. She also said she was not going to be paid to pick him up.

**Knox** gave BPAs consent to search her phone. During a search of her phone, BPAs located the following messages from April 13, 2026:
Star: Hey Liz, good morning. You down to take one from ptown today? (Agent note: Ptown is a nickname for the village of Pisinemo)
**Knox**: How much
Star: 1000
Star: Not 250 lol
Star: Can you do it?
Star: I'll go out there with you_ be the spotter?
**Knox**: lol I'm headed to Avondale rn but I can when I get back, it's just up and back thing

After waving his *Miranda* rights, **Rocky Runningbear Antone** stated he had been partying the night before because he had just got off parole. **Knox** came to pick him up. He and **Knox** were going to go to the village of Hickiwan where there was going to be a dance. He claimed they decided to take a drive down Federal Route 21 when they saw a man walking along the side of the road. They pulled over and asked the man if he needed a lift. The man said, "Ya". The man did not speak any more other than that. He became concerned and told **Knox** they should drop the man off. He did not know the man was illegal and that he was not going to be paid to transport him.

**Antone** gave BPAs consent to search his phone. During a search of his phone, BPAs observed the following messages:
**Antone**: Oh damn how many and how much what ever you decide
Bby: 5 for $1500
Bby: each
Bby: no Topawa tomorrow said Friday
…
**Antone**: Do you want to go now
Bby: they have another group coming tonight as well so either way we'll have work. I think rn is too late_ I don't know night rungs in that area
**Antone**: I got my gun so and I found trucks